IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY HUDSON**                                                                                                   **PLAINTIFF**
**ADC #161784**

v.                              Case No. 4:24-cv-1121-JM

**ARKANSAS POST PRISON TRANSFER**
**BOARD; and DOES, Members of the Board**                                          **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 26th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE